UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division)


In Re:  B & P BAIRD HOLDINGS, INC.,

     Debtor.                       Case No. 10-10941-swd

_____/

JAMES W. BOYD, Chapter 7 Trustee,

     Plaintiff,                Adv. Proc. No. 11 -     - swd

v

KING PAR, LLC, a Michigan limited liability company,
WILLIAM J. BAIRD and PAMELA BAIRD, husband
and wife,

     Defendants.

_____/
Jonathan R. Moothart (P40678)
Moothart McKay, PLC
Attorney for Plaintiff
9815 Miami Beach Rd.
P.O. Box 243
Williamsburg, MI 49690
(231) 947-8048
(231) 947-7990 - facsimile
_____/
**Notice of Filing Adversary Proceeding**

     Plaintiff, by separate cover, will be requesting the Court to file his adversary complaint and related motions conventionally and under seal.

Dated: August 23, 2011          MOOTHART McKAY, PLC

         By: /s/  Jonathan R. Moothart
          Jonathan R. Moothart (P40678)
         *Attorneys for Plaintiff*
         9815 Miami Beach Rd.
         P.O. Box 243
         Williamsburg, MI 49690-0243
         (231) 947-8048
         (231) 947-7990 - facsimile